IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN PICKETT,

    Plaintiff,

vs.                                      CASE NO.: 5:08cv295-SPM/EMT

C. GREEN, et al.,

    Defendants.

_____/

## **ORDER**

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated November 7, 2008 (doc. 8). Plaintiff has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 8) is adopted and incorporated by reference in this order.

2.    This case is dismissed without prejudice to Plaintiff's opportunity to

refile with payment of the full filing fee.

DONE AND ORDERED this 9th day of December, 2008.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

CASE NO.: 5:08cv295-SPM/EMT